**Dismiss and Opinion Filed September 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00277-CR
### No. 05-20-00285-CR
### No. 05-20-00286-CR

## UMAIR AHMAE KHAN, Appellant
## V.
## THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause Nos. 199-80965-2018, 199-81674-2018 & 199-83132-2019

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Molberg

Before the Court is appellant's motion to withdraw his appeals. The motion is signed by appellant and his appointed counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss these appeals.

/Ken Molberg//
KEN MOLBERG
JUSTICE

200277f.u05
200285f.u05
200286f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

UMAIR AHMAE KHAN, Appellant

No. 05-20-00277-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-80965-2018.
Opinion delivered by Justice Molberg. Justices Carlyle and Browning participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 18th day of September, 2020.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UMAIR AHMAE KHAN, Appellant

No. 05-20-00285-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-81674-2018.
Opinion delivered by Justice Molberg. Justices Carlyle and Browning participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 18th day of September, 2020.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

UMAIR AHMAE KHAN, Appellant

No. 05-20-00286-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-83132-2019.
Opinion delivered by Justice Molberg. Justices Carlyle and Browning participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 18th day of September, 2020.